**ROBERT E. KOVACEVICH**
**ROBERT E. KOVACEVICH, PLLC**
818 West Riverside Avenue, Suite 525
Spokane, WA 99201
Telephone: (509) 747-2104
Facsimile: (509) 625-1914

**THOMAS M. VASSEUR**
**VASSEUR & SCHLOTTHAUER, PLLC**
409 E. Coeur d'Alene Avenue
Coeur d'Alene, ID 83814
Telephone: (208) 664-4457
Facsimile: (208) 765-4702

Attorneys for Petitioners

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FRANK CHAPIN and S. GUTIERREZ-CHAPIN, also known as SYDNEY CHAPIN AND SYDNEY GUTIERREZ-CHAPIN, <br><br> Petitioners, <br><br> v. <br><br> INTERNAL REVENUE SERVICE AGENT, HEATHER L. BLAIR the INTERNAL REVENUE SERVICE and UNITED STATES OF AMERICA <br><br> Respondents. | No. <br><br> PETITION TO QUASH THIRD PARTY SUMMONS |

## PETITION

To: Quash Summons to Mountain West Bank for Records under the signatory control of Frank Chapin and/or S. Gutierrez-Chapin, also known as

Petition to Quash
Third Party Summons -1

Sydney Gutierrez-Chapin and Sydney Chapin for the calendar years 2009, 2010, 2011 and 2012.

Pursuant to 26 U.S.C.A. § 7609(b)(2), Petitioners move this court to enter an Order quashing the summons (attached as Exhibit A) to Mountain West Bank, requesting books, records, and papers related to various accounts opened by the Petitioners. As grounds for this Petition, the Petitioners state as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to hear this Petition pursuant to the provisions of 26 U.S.C.A. § 7609(h)(1); see also *U.S. v. Toyota Motor Corp.*, 561 F.Supp 354, 360-361 (D.C. Cal. 1983) ("Once the judicial power of the United States is established...the Government must show that it has brought its enforcement petition in a convenient forum.").

2.      Mountain West Bank, the party summoned, has many branch offices located in Idaho, at least one of which is within walking distance of the U.S. Courthouse in Coeur d'Alene, Idaho.  Under such circumstances, Mountain West Bank is "found" in this District for purposes of § 7609(h)(1) and both venue and jurisdiction over the Petition to Quash is in the Idaho District.  See 26 U.S.C.A. § 7609(h)(1).

3.      Petitioners live and do business in Idaho within the geographical jurisdiction of this Court.

Petition to Quash
Third Party Summons -2

4.      Pursuant to the requirements prescribed by IRS Form 2039, Heather Blair, the Internal Revenue Service and the United States of America are also named as the Respondents.

## OBJECTIONS TO ENFORCEMENT OF SUMMONS

5.      Petitioners object to enforcement of the Summons for the following reasons:

(a)     The Petitioners are active in the accounting business, are entitled to any privileges of Evidence Rule 515 granting an accountant privilege even though they may not be licensed. Records of third parties doing business with Petitioners are also sought.

(b)     The records sought contain large numbers of social security numbers of Petitioners clients who are not under audit by Respondents. Social security numbers under 31 C.F.R. 1.32 cannot be disclosed to a federal agency. 5 U.S.C. 552(a) and 26 U.S.C. 6103(a)(2) also apply. Disclosure would violate federal law.

(c)     The Summons are for records sought completely or partly to determine an economic reality examination technique in an attempt to determine the alleged existence of unreported income and are prohibited by 26 U.S.C. § 7602(e). See e.g. *Brock v. Mr. W. Freeworks Inc.,* 814 F.2d 1042, 1047 (5th Cir. 1987) "It is not what the operators could have done that counts, but as a matter of economic reality what they actually *do* that is dispositive."

Petition to Quash
Third Party Summons -3

1   As a result, the Summons to Mountain West Bank of Petitioners for the

2

3   Petitioners' records should be quashed.

4                                   **CONCLUSION**

5       Based upon the above, the Petitioners move this court to enter an Order: (1)

6   quashing the Summons; (2) recognizing the court's jurisdiction over this matter;

7
    and, if not quashed, (3) providing the Petitioners with discovery through which to
8
9   establish the IRS's improper purpose for issuance of the Summons, including an

10  adversarial evidentiary hearing.

11      DATED this 20th day of October, 2014.

12

13

14                              /s/ Robert E. Kovacevich
                                ROBERT E. KOVACEVICH
15                              Attorney for Petitioners

16

17                              /s/ Thomas M. Vasscur
18                              THOMAS M. VASSEUR
                                Attorney for Petitioners
19

20

21

22

23

24

25

26

27

28  Petition to Quash
    Third Party Summons -5

1

## CERTIFICATE OF SERVICE

2

3     I hereby certify that on October 20, 2014, I filed the foregoing Petition to

4     Quash Third Party Summons with the Court through the Court's CM/ECF system.

5     I further certify that on the same date, I caused a true and complete copy of the

6     foregoing document, to be served on counsel for defendants by personal delivery

7

8     on this 20th day of October, 2014, addressed as follows:

9         Heather L. Blair - Agent# 1001000576
          Internal Revenue Service
10        920 West Riverside
          Room 440, MS 790EF
11        Spokane, WA 99201

12

13

14                                    /s/ Robert E. Kovacevich
                                      ROBERT E. KOVACEVICH
15                                    Attorney for Petitioners

16

17                                    /s/ Thomas M. Vasseur
18                                    THOMAS M. VASSEUR
                                      Attorney for Petitioners
19

20

21

22

23

24

25

26

27

28    Petition to Quash
      Third Party Summons -6

# EXHIBIT A

# Summons

In the matter of Frank Chapin and/or S Gutierrez-Chapin also known as Sydney Chapin and Sydney Gutierrez-Chapin
Internal Revenue Service (Division): Small Business / Self Employed Division
Industry/Area (name or number): Area 206
Periods: Calendar years ending December 31, 2009, December 31, 2010, December 31, 2011 and December 31, 2012

**The Commissioner of Internal Revenue**

To: Mt. West Bank
At: Post Office Box 1059, Coeur d'Alene ID 83816

You are hereby summoned and required to appear before Revenue Agent Heather L. Blair or designee
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See the attached summons rider for more details.

Personal appearance is not necessary if the required records are received via mail by the date specified in the summons. A cover letter is required which outlines the information and records being provided.

If the cost of complying with the summons is expected to exceed $500 please contact Revenue Agent Heather Blair at (509) 623-4863.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
920 West Riverside, Room 440, Mail Stop W790E, Spokane Washington, 99201

**Place and time for appearance at** Certified Mail, 920 West Riverside, Mail Stop W790E, Spokane Washington 99201

IRS

Department of the Treasury
**Internal Revenue Service**
**www.irs.gov**
Form 2039 (Rev. 10-2010)
Catalog Number 21405J

on the 29th day of October 2014 (year) at 8:00 o'clock a m.

**Issued under authority of the Internal Revenue Code this** 2nd **day of** October, 2014 (year)

Heather Blair
Signature of issuing officer

Revenue Agent #1001000576
Title

[signature]
Signature of approving officer *(if applicable)*

Group Manager
Title

Part C — to be given to noticee

# ATTACHED SUMMONS RIDER

In the matter of **Chapin, Frank and/or S Gutierrez-Chapin also known as Sydney Gutierrez-Chapin and Sydney Chapin**
Issued to **Mt. West Bank**

Materials required for examination:

1.  All bank records for the calendar year(s) ending December 31, 2009, December 31, 2010, December 31, 2011, and December 31, 2012 relating to all accounts in the name of and/or under the signatory control of **Chapin, Frank and/or S Gutierrez-Chapin also known as Sydney Gutierrez-Chapin and Sydney Chapin)**,including but not limited to:

    a.  Account signature cards
    b.  Bank statements
    c.  Canceled checks (both sides) and debit memos
    d.  Savings account ledger cards
    e.  Deposit slips, deposit items, wire information, and credit memos
    f.  Correspondence
    g.  Escrow accounts

2.  All bank records for the calendar year(s) ending December 31, 2009, December 31, 2010, December 31, 2011, and December 31, 2012 relating to all loans made in the name of and/or under the signatory control of **Chapin, Frank and/or S Gutierrez-Chapin also known as Sydney Gutierrez-Chapin and Sydney Chapin,** including but not limited to:

    a.  Loan applications
    b.  Financial statements
    c.  Loan and credit files
    d.  Correspondence

*At this time I am requesting only items # 1a, 1b, 1e above.*
*You may be asked to provide the other materials at a later date. Please contact me immediately upon receipt of this summons at (509) 623-4863.*

Compliance with this summons will be satisfied by mailing photocopies of the requested information to the specified address by the stated date. It is not anticipated that information gathering or transmittal will be a lengthy or costly process. If you anticipate delays of more than 30 days or costs exceeding $500.00, please contact this office in advance.

You may comply with this summons by mail addressed to:

Heather L. Blair – Agent #1001000576
Internal Revenue Service
920 West Riverside
Room 440, MS 790EF
Spokane WA 99201

Summons Bank Rider Attachment for Form 2039                                  Page i of i